**EXHIBIT A**



# OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

### STAN SNIFF, SHERIFF

# Carry Concealed Weapons (CCW) Permit Process Instructions

---

© Office of the Sheriff, Riverside County
Attention: Administrative Lieutenant
4095 Lemon Street, Riverside, CA 92501
Phone 951.955.2400

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

# Table of Contents

*Table of Contents* ........................................................................................................................................ *2*

**1) Concealed Weapons License Policy Statement** ........................................................................ **4**
      Good Cause .................................................................................................................................. 4

**2) Contact Information** .................................................................................................................... **5**

**3) Checklists** .................................................................................................................................... **6**

**4) Instructions for All Applicants** .................................................................................................. **7**
There are three steps to complete this process: ................................................................................ 7
All Applicants ...................................................................................................................................... 7

**5) Business Applicants** ................................................................................................................... **9**
      Additional items required if applying strictly for personal protection due to violence or threats of harm .....9

**6) Renewal Applications** ............................................................................................................... **10**
*Business Renewal Applicants* ........................................................................................................... *11*

**7) Amended CCW Applications** ................................................................................................... **11**
      Amended Application Fees are Due when Application is Amended ................................................. 12

**8) CCW Fees** ................................................................................................................................. **13**
      Initial Application Fees Required at the Time of Interview .............................................................. 13
      Fees for Renewal Applications ....................................................................................................... 13
      Fees to Amend an Application ....................................................................................................... 14

**9) Safety Training & Qualifications** ............................................................................................. **15**
*Facilities* ............................................................................................................................................ *15*
*Qualification Requirements* .............................................................................................................. *16*
*Applicant's Firearms Experience* ...................................................................................................... *17*

**10) Sheriff's Department Employee Applicants** ........................................................................... **18**
*Guidelines & Restrictions Agreement for Sheriff's Employees* ........................................................ *18*
    **Signature** ..................................................................................................................................... **19**

*CCW License Application for Departmental Employees* ................................................................... *20*
    SUPERVISOR ................................................................................................................................... 20
    **Signature** ..................................................................................................................................... **20**
    WATCH COMMANDER ..................................................................................................................... 20
    **Signature** ..................................................................................................................................... **20**
    FACILITY COMMANDER .................................................................................................................. 20
    **Signature** ..................................................................................................................................... **20**

**O F F I C E   O F   T H E   S H E R I F F ,   R I V E R S I D E   C O U N T Y**

**11)**   **Riverside County Sheriff Applicant Interview Questions** ......................................................... **21**

**12)**   **Applicant Acknowledgment of Restrictions** ........................................................................... **26**

Conditions, and Policy Regarding Carry Concealed Weapons (CCW) License .....................................26

**Signature**..........................................................................................................................................26

**13)**   **Fill out the DOJ Standard Application for License to Carry a Concealed Weapon (CCW)** .......................... **27**

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

# 1)   Concealed Weapons License Policy Statement

The Sheriff may issue a concealed weapons license to law-abiding residents of Riverside County who comply with the provisions of *Penal Code Section §26150(a).* The Sheriff has a public posture of not only supporting the issuance of a CCW for those law-abiding citizens that understand the responsibility a CCW requires, but also actively encourages our county residents to apply.

In accordance to PC §26150(a) and subject to department procedures, any resident of Riverside County may submit an application to the Sheriff's CCW Unit.

Each applicant will be interviewed by the CCW staff to determine eligibility. Accepted applications will be individually investigated to determine residency, moral character, and good cause. Applicants will be required to submit documentation to support and demonstrate their need.

Good cause is an individual issue. Penal Code Section §26150(a) gives extremely broad discretion to the Sheriff concerning the issuance of concealed weapons licenses, and explicitly grants discretion to the issuing agency to issue or not issue a license to applicants meeting the minimum statutory requirements.

The Sheriff may place restrictions on any license that the Sheriff deems warranted. The restrictions may include the time, place, manner, and circumstances under which the licensee may carry the weapon.

Notwithstanding any appeal process, any license, which grants the holder permission to carry a concealable firearm, shall, at all times remain the property of the Sheriff, and may be denied, suspended, or revoked at any time without cause. At no time does the license become the property of the holder.

Sincerely,

STAN SNIFF, SHERIFF

## Good Cause

A California Sheriff has broad discretion as provided in Penal Code Section §26150(a) to issue a CCW to those qualified Riverside County citizens that demonstrate both "good cause" and "good moral character." These persons are entrusted to carry loaded, concealed firearms into our public places throughout California. Examples of such public places include our roadways, movie theaters, shopping centers and malls, grocery stores, and alike throughout California.

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## 2)   Contact Information

Please call to make an appointment before visiting the CCW Unit to ensure someone will be able to meet with you.

Applications must be submitted in person. The most expedient method to submit an application and begin the application process is to make an appointment to deliver the ***completed*** application and required documents. CCW staff will review your application with you and advise if you need anything additional.

Riverside County Sheriff CCW Unit

Sheriff's Administration 5th Floor

4095 Lemon Street

Riverside, CA 92501

(951) 486-2944

*CCW@Riversidesheriff.org*



OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

## 3)   Checklists

| Complete Prior to Your Appointment | Individual | Business | Renewal | Employee |
|---|:---:|:---:|:---:|:---:|
| Signed acknowledgement of restrictions | ☐ | ☐ | ☐ | ☐ |
| Copy of birth certificate or naturalization papers | ☐ | ☐ | ☐ | ☐ |
| Copy of valid driver's license | ☐ | ☐ | ☐ | ☐ |
| Proof of Riverside County residency (utility bills) | ☐ | ☐ | ☐ | ☐ |
| Letters of character reference (3)* | ☐ | ☐ | | ☐ |
| *only for initial applicants* | | | | |
| Military discharge DD214 | ☐ | ☐ | ☐ | ☐ |
| Recent passport photos (2) | ☐ | ☐ | ☐ | ☐ |
| Applicant's firearms experience questionnaire | ☐ | ☐ | ☐ | ☐ |
| Department of Justice CCW Application | ☐ | ☐ | ☐ | ☐ |
| Money Order or Cashier's Check for Sheriff fees | ☐ | ☐ | ☐ | ☐ |
| Money Order or Cashier's Check for DOJ | ☐ | ☐ | ☐ | ☐ |
| Partnership/corporate offices statement of authorization | | ☐ | | |
| Employer statement on letterhead establishing need | | ☐ | | |
| Proof of employer-employee relationship (last 2 paychecks) | | ☐ | | |
| Supervisors' signed approvals | | | | ☐ |
| Employee acknowledgement of conditions | | | | ☐ |

| Complete After Your Appointment | Individual | Business | Renewal | Employee |
|---|:---:|:---:|:---:|:---:|
| Fingerprint | ☐ | ☐ | ☐ | ☐ |
| Safety Course | ☐ | ☐ | ☐ | ☐ |
| Weapons Qualifications | ☐ | ☐ | ☐ | ☐ |

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## 4)   Instructions for All Applicants

NOTICE! FAILURE TO COMPLY WITH ANY OF THESE INSTRUCTIONS MAY RESULT IN DELAYS IN PROCESSING YOUR APPLICATION.

**There are three steps to complete this process:**

- ◆ Print and fill out the California Department of Justice application (BOF 4012)
- ◆ Sign where necessary (department members must also get signed approvals from supervisors)
- ◆ Contact the CCW Unit at *CCW@Riversidesheriff.org*, or (951) 486-2816 to arrange an interview appointment

**All Applicants**

The following instructions apply to all applicants. Additional instructions apply to:

- ◆ Business Applicants
- ◆ Sheriff's Department Applicants
- ◆ Renewal Applications

1. **Residency:**
   You must be a full-time resident within the county of Riverside.

2. **Jurisdiction:**
   If you live in a city within the county of Riverside where another agency is your police department, you may apply directly with the Riverside County Sheriff's Department for an application.

3. **Documents:**
   Type or print in black ink only. If the application is not legible, it will be returned.

> **The following items and completed documents are required at the time of interview.** *If you arrive for your appointment with incomplete or missing documents, your appointment will be cancelled and rescheduled. This delay could prolong the entire process by several months:*

- • Riverside County Sheriff Interview Questions (this is voluntary by the applicant)
- • DOJ Standard Application (be sure to complete Section 7 – Investigator's Interview Notes section before you arrive for your interview).
  - • Sign all areas marked Applicant.
  - • Do not sign areas marked Witness.
- • Copy of your birth certificate and/or naturalization papers.
- • Copy of your valid California Driver's License.
- • Copies of two of your most recent utility bills or any other sufficient proof of your full-time residency within the County of Riverside as indicated on your application.

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

- Three letters of character reference for initial applications (originals). Letters must contain the writer's name, address, and phone number where they can be reached during business hours. In the body of the letter the writer should state that he or she is aware the applicant is applying for a CCW permit with the Riverside County Sheriff's Department. Letters from family members or employers are not acceptable.

- Copy of military discharge DD214 form, if applicable.

- Two recent passport photos.

- Money Order or Cashier's Checks for administrative fees as follows:

  - Money Order or Cashier's Check for $95.00, written to the Riverside County Sheriff's Department, for the Department of Justice fees.

  - Money Order or Cashier's Check for $20.00, written to the Riverside County Sheriff's Department, for Administrative fees.

  - Money Order or Personal Check for $100.00 for Firearms Safety Course if attending course at the Ben Clark Training Center.

  - Upon issuance of CCW Permit, a final Money Order or Cashier's Check, written to the Riverside County Sheriff's Department, for the remainder of Administrative fees.

4. **Your Interview Appointment**
When the application is complete, contact the CCW Unit at *CCW@Riversidesheriff.org* , or (951) 486-2856 or (951) 486-2816 to schedule an appointment for your CCW interview. Applications are to be submitted in person at the time of your interview. The interview consists of a review of the completed application.

5. **Your File**
At this point a file is created and all previous and subsequent documents, including fingerprints and background check results, are kept in this file.

6. **Fingerprint**
Upon completion of your interview, you will be given paperwork from the Riverside County Sheriff's Department to proceed with fingerprinting.  You will be provided with a list of Riverside County LiveScan locations to select from. LiveScan will send your fingerprints to the Sheriff's Department.

**Pre-Approval Option**

**Once the preceding steps are complete, you may request pre-approval of your application prior to completing the state-mandated CCW firearms safety course and Sheriff-mandated weapon(s) qualification.**

7. **Safety Course**
Complete the state-mandated firearms safety course.

8. **Weapon(s) Qualification**
Qualify with each of the weapon(s) you have listed on your application.
Please Note: Licensees are limited to 6 firearms per CCW license.

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## 5)   Business Applicants

If you are applying for a CCW license for business-related use you must provide the following information in addition to the Instructions for All Applicants listed above.

1. Copies of any licenses required by local, state and/or federal business and professional codes. It is your responsibility to make sure that you have complied with all licensing requirements. Applicants who operate a business from their residence should check with their local jurisdiction regarding business licenses.

2. Partner(s)/corporate offices statement providing authorization. Partner letter should state if partnership dissolves they will notify this office immediately upon separation.

3. Employer authorization (on company letterhead) specifying duties and/or assignments, which establish need. Employer letter must state they will notify this office immediately upon separation or the need no longer exists. Any restrictions the employer may wish to impose on the license must also be stated.

4. Employee's last two paycheck stubs or other proof of employer-employee relationship.

---

**Additional items required if applying strictly for personal protection due to violence or specific threats of harm.**

---

5. Copies of current police reports and/or other documentation supporting need; such as restraining orders or other verifiable written statements are required.

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

## 6)   Renewal Applications

**You are responsible for renewing your CCW license BEFORE your current license expires.**

**<u>PLEASE NOTE!</u>**

All renewal applicants are required to attend an interview when renewing your application. All applications must be submitted in person. Please call the CCW Unit at *CCW@Riversidesheriff.org*, (951) 486-2816 or (951) 486-2856 to schedule an appointment when you have acquired all the proper documentation and your applications are complete.

**The following items and completed documents are required at the time of your renewal interview:**

*NOTE:*
*If you have already submitted copies of your birth certificate, military discharge or reference letters in a previous application, and these documents are on file, please disregard. These documents must be on file with all applications and will be asked for only once.*

1. Updated Good Cause justification. The good cause should specify why a CCW license is still needed and should list any new information related to that need. If you have questions concerning good cause, please feel free to contact the CCW Unit prior to submitting your application.

2. Riverside County Sheriff Interview Questions (this is voluntary by the applicant).

3. Standard Application for License to Carry a Concealed Weapon (CCW). The Interviewer's Notes section should be filled out before you arrive for your interview.
a.   Sign all areas marked Applicant.
b.   Do not sign areas marked Witness.

4. Copy of your birth certificate and/or naturalization papers.

5. Copy of your valid California Driver's License.

6. Copies of two of your most recent utility bills or any other sufficient proof of your full-time residency within the County of Riverside as indicated on your application.

7. Two recent passport photos.

8. Completed firearms safety class and qualification:

  a.   If you attend training/qualification at a facility other than the Ben Clark Training Center, you must submit your certificates with your renewal application before being approved.

  b.   If you choose Ben Clark Training Center as your training facility, the certificates and qualification sheets are generated there and they will be added to your application once they are received from the range staff. Your required training must be completed before being approved.

9. Money Order or Cashier's Check for administrative fees.

10. Second Money Order or Cashier's check made payable to DOJ (Department of Justice) to cover associated state costs.

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## Business Renewal Applicants

In addition to the instructions for renewal applications, business renewal applicants must provide updated documents for their file when renewing their licenses.

11. Copies of any licenses required by local, state and/or federal business and professional codes. It is your responsibility to make sure that you have complied with all licensing requirements. Applicants who operate a business from their residence should check with their local jurisdiction regarding business licenses.

12. Partner(s)/corporate offices statement providing authorization. Partner letter should state if partnership dissolves they will notify this office immediately upon separation.

13. Employer authorization (on company letterhead) specifying duties and/or assignments, which establish need. Employer letter must state they will notify this office immediately upon separation or the need no longer exists. Any restrictions the employer may wish to impose on the license must also be stated.

14. Employee's last two paycheck stubs or other proof of employer-employee relationship.


## 7)   Amended CCW Applications

CCW licensees may request their licenses be amended for the following reasons:

1. Adding or deleting a particular firearm capable of being concealed upon the person.

    a.  Licensees are limited to a total of 6 firearms per CCW license.

2. Changing any restrictions or conditions on the license, including restrictions as to the time, place, manner and circumstances under which the person may carry a firearm capable of being concealed upon the person.

3. Changing an address.

    a.  The license shall be amended to reflect the new address and a new license shall be issued.

    b.  A CCW license may not be revoked solely because the licensee changes his or her place of residence to another county if the licensee has not breached any condition or restrictions set forth in the license and has not become prohibited by state or federal law from possessing, receiving, owning or purchasing a firearm. However, any license shall expire 90 days after the licensee moves from the county of issuance if the licensee's place of residence was the basis for issuance of the license.

4. The licensee shall notify the licensing authority in writing within 10 days of any change in the licensee's place of residence.

An amendment to the license does not extend the original expiration date of the license and the license shall be subject to renewal at the same time as if the license had not been amended.

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## Amended Application Fees Are Due When Application Is Amended

You must either bring a Money Order or Cashier's Check, payable to the Riverside County Sheriff's Department, for each amended license. This fee is authorized by state law to cover administrative costs.

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

## 8)   CCW Fees

### Initial Application Fees Required at the Time of Interview

*All fees must be paid with a **MONEY ORDER** or **CASHIER'S CHECK** made payable to Riverside County Sheriff's Department or DOJ where specified.*

You must either bring a money order or cashier's check made payable to Riverside County Sheriff's Department for the administrative fee deposit to cover 20% of the local administrative fees. Riverside County Sheriff's Department employees are exempt from this fee.

◆ 20 % Administrative Fee Deposit                     $20.00

Please also bring a second MONEY ORDER OR CASHIER'S CHECK, made payable to the Riverside County Sheriff's Department, to cover state classification and fees:

◆ Standard 2-year license                     $95.00

◆ Judicial 3-year license                     $117.00

◆ Reserve Deputy / Correctional Deputy 4-year License     $139.00

Upon successful completion of the application process, a third Money Order or Cashier's Check, made payable to the Riverside County Sheriff's Department for remainder of the local administration fees is required prior to the issuance of the CCW license.

◆ 80% Administrative Fee Balance Due          $80.00

Fees are subject to change as allowed by law. They are processing fees, and as such, are NON-REFUNDABLE.

### Fees for Renewal Applications

All steps in the application process must be completed when renewing an existing CCW permit; however, the fees are reduced.

You must either bring a Money Order or Cashier's Check made payable to Riverside County Sheriff's Department for the administrative fee deposit to cover the local administrative fees. Riverside County Sheriff's Department employees are exempt from this fee.

◆ Administrative Fees                     $25.00

Please bring a second MONEY ORDER OR CASHER'S CHECK made payable to DOJ (Department of Justice) to cover associated state costs. The classifications and renewal fees are as follows:

◆ Standard 2-year license                     $52.00

◆ Judicial 3-year license                     $74.00

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

◆  Reserve Deputy / Correctional Deputy 4-year License          $96.00

Fees are subject to change as allowed by law. They are processing fees, and as such, are NON-REFUNDABLE.

---

## Fees to Amend an Application

You must either bring a Money Order or Cashier's Check, payable to the Riverside County Sheriff's Department. This fee is authorized by state law to cover administrative costs.

◆  Administrative Fees                                    $10.00 (per license)

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

## 9)   Safety Training & Qualifications

Each CCW license holder is mandated by California State Law to attend a Firearms Safety Class. Sheriff's Departmental policy also requires that individuals qualify with their own weapon(s) under the direction of a qualified rangemaster. This is to ensure that each license holder is competent in the safe handling of firearms.

### Facilities

The Riverside County Sheriff's Department recognizes the following training facilities that can be used to satisfy your safety class and range qualification requirements. Training from any other facility will not be accepted. **NO EXCEPTIONS!**

| Facility | Location | Phone |
|---|---|---|
| *Ben Clark Training Center (CCW Unit)* | 16791 Davis Avenue Riverside, CA 92518 | (951) 486-2856 (951) 486-2816 Or *CCW@Riversidesheriff.org* |
| *Firearms Training Associates* | P.O. Box 554 Yorba Linda, CA 92885-0554 | (714) 701-9918 (714) 777-9318 (Fax) |
| *Street Safe Defense Firearms Training Program* **(Martinelli & Associates, Inc.)** | 27475 Ynez Road, Suite 716 Temecula, CA 92591 | (951) 719-1450  *WWW.StreetSafeDefense.com* |
| *Johnnie B. Wood, LLC. Security Training* | 44901 Golf Center Pkwy, Ste. 6 Indio, CA 92201 | (760) 342-5127 (760) 625-7778 |
| *American Firearms Training and Consulting LLC* | P.O. Box 893114  Temecula, CA 92589-3114 | (951) 290-3116  *www.atftcllc.com* |

Please note: Riverside County Sheriff employees such as Correctional Deputies may utilize any department rangemaster and any department authorized range within the County for their qualifications.

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

## Qualification Requirements

In addition to safety training, the Riverside County Sheriff requires CCW applicants to complete live range qualification with approved safety training facilities.

The applicant must demonstrate the ability to safely operate their firearm(s), and know the function of the slide release, magazine release, and de-cocking lever (if so equipped), and/or the cylinder and extractor on revolver(s). The applicant must demonstrate that they can safely handle their weapon(s), and also demonstrate awareness of muzzle direction.

> **DO NOT REMOVE YOUR FIREARM FROM THE HOLSTER UNLESS INSTRUCTED TO DO SO BY THE RANGEMASTER**
>
> **DO NOT BRING A LOADED FIREARM ONTO THE RANGE**

- ◆ You will be instructed when to load your weapon(s).

- ◆ You will be required to fire your weapon(s) on the Sheriff's designated range, and qualify with a passing score of 70% or better.

- ◆ 15-yard line: Starting from the "low ready" position, empty a full magazine (or cylinder) at two targets. Reload and move forward (on command) to the 10-yard line.

- ◆ 10-yard line: Starting from the "low ready" position, empty a full magazine (or cylinder) at two targets. Reload and move forward (on command) to the 7-yard line.

- ◆ 7-yard line: Starting from the "low ready" position, empty a full magazine (or cylinder) at two targets, firing two shots to the body and one to the head of each target until all ammunition is expended.

- ◆ All holsters will be inspected to ensure that they are safe and comply with department guidelines. Holsters MUST have a thumb snap of either metal, Velcro, or other acceptable method of retaining the weapon in the holster.

- ◆ Applicants will be required to utilize the firearms standard sights during qualifications; using lasers or lighting systems during the qualification process will be prohibited.

> **FAILURE TO BRING ALL REQUIRED EQUIPMENT (Firearms, Ammo, Belt and Holsters) or FAILURE TO PASS WEAPONS INSPECTION, FAILURE TO QUALIFY, OR ANY UNSAFE RANGE VIOLATION, MAY RESULT IN THE NON-ISSUANCE OF THE CCW LICENSE.**

Should you have any questions, please contact the CCW Unit at **(951) 486-2856** or **(951) 486-2816**.

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## Interview Questions: Applicant's Firearms Experience (to be completed by Sheriff's interviewer)

| REQUEST FOR CONCEALED WEAPON(S) LICENSE |
|---|
| **Please explain your level of expertise with handguns. (Include type and caliber of handgun.)** |
| **When and where, did you receive your handgun training?** |
| **When and where, did you most recently practice or qualify?** |

## 10)  Sheriff's Department Employee Applicants

In addition to the *Instructions for All Applicants* the following conditions apply.

### Guidelines & Restrictions Agreement for Sheriff's Employees

This is a summary of general orders and restrictions regarding the carrying of concealed weapon(s) by employees of the Riverside County Sheriff's Department.

Dear Sheriff's Employee:

If the department grants you a Concealed Weapons License, the following conditions/restrictions apply at all times that you have a firearm under your possession or control.

**The Sheriff of Riverside County is, for all intents and purposes, the issuing authority of all documents, which grant an employee the privilege of carrying concealed weapon(s). At all times, the following shall be applicable and in full effect.**

1. Non-sworn and classified personnel SHALL NOT carry a weapon during their on-duty hours unless specifically approved by the Sheriff or Undersheriff.

**All GENERAL ORDERS apply regarding use of force.**

2. All discharges of a weapon or firearm by any member of the Department, either active or retired other than at a designated firing range, shall be investigated to determine if the shooting is within the law and Departmental policy. (General Orders section 1010.01)

3. The weapon(s) carried by an employee must be properly registered within the California Department of Justice system.

**Any employee issued a Concealed Carry Weapon (CCW) license, while carrying a weapon concealed or not, IS PROHIBITED FROM:**

4. Consuming any alcoholic beverage.

5. Being under the adverse or inhibiting influence of ANY over the counter or prescription medication or narcotic drug.

6. Unjustifiably displaying any portion of a concealed weapon or carrying it in a manner in violation of Department policies.

7. Violating any law, ordinance or municipal code: whether federal, state, county or city.

8. Refusing to present his/her ID card, or surrender his/her weapon to any peace officer upon demand.

9. Impeding any peace officer in the performance of his/her duties.

10. Identifying himself/herself as a "peace officer" or a person with any peace officer powers unless that person is in fact a peace officer, as defined by the California Penal Code or Federal Statute.

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

> **In addition, any employee of the Riverside County Sheriff's Department shall immediately notify the CCW Unit (while still at the scene of the incident, if possible), should any of the following occur:**

11. If you are arrested, detained, or you become aware that you are a subject of any criminal investigation (excluding traffic infractions).

12. If you are involved in the drawing, displaying or discharge of a firearm (other than at an approved range).

13. If you are served with, or are the subject of an injunction or temporary restraining order (In some cases relating to domestic violence restraining orders or convictions, it is illegal to possess any firearm).

14. You must notify the CCW Unit immediately upon any permanent change of address.

As soon as practical, after any of the above circumstances, you shall notify the CCW Unit at **(951) 486-2856** or **(951) 486-2816**. If no person is in the office, leave a voice message.

Any violation of the above restrictions may result in a board review, and may further result in the suspension or revocation of the license.

| My signature below certifies that I have read and understand this document in its entirety. I further certify that I will abide by all the guidelines and restrictions of the Department. | |
|---|---|
| *Signature* | DATE: |
| PRINTED NAME: | |
| DEPARTMENT CLASSIFICATION: | ID: |
| SHERIFF'S ADMINISTRATION REPRESENTATIVE: | |

Authorization to copy this document for your records is approved.

Please sign and date this form, and return it to the CCW Unit. Ben Clark Training Center

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## CCW License Application for Departmental Employees

Department employees must obtain the approval of their supervisors.

Reserve deputy/correctional deputy/classified employee supervisor endorsement form.

As an Employee of the Riverside County Sheriff's Department, I am requesting a Concealed Weapon(s) License. I am submitting this form through my chain of command for approval.

| REQUEST FOR CONCEALED WEAPON(S) LICENSE | | |
|---|---|---|
| REQUESTOR NAME: | COUNTY ID: | SOCIAL SECURITY #: |
| ASSIGNED FACILITY: | CDL #: | DATE OF BIRTH: |
| HOME ADDRESS/CITY/ZIP: | | |
| IMMEDIATE SUPERVISOR: | RANK: | DATE OF HIRE: |
| SUPERVISOR *Signature:* | | APPROVE Y/N:: |
| COMMENTS: | | |
| WATCH COMMANDER: | RANK: | DATE: |
| WATCH COMMANDER *Signature:* | | APPROVE Y/N: |
| COMMENTS: | | |
| FACILITY COMMANDER: | RANK: | DATE: |
| FACILITY COMMANDER *Signature:* | | APPROVE Y/N: |
| COMMENTS: | | |

**(WHEN COMPLETED, PLEASE RETURN THIS FORM TO THE APPLICANT WHO WILL FORWARD THE ENTIRE APPLICATION TO: BEN CLARK TRAINING CENTER, ATTN: CCW UNIT, MAIL STOP # 2980)**

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

## 11)  Riverside County Sheriff Interview Questions

Instructions: During your interview with our CCW staff, you will be asked the following clarifying questions as part of our determination to grant a Riverside County CCW. You may, at your option, fill out your responses to the questions below in advance of your interview.

| Check One | Please answer all questions below. |
|---|---|
| ☐ Yes ☐ No | 1.  Have you ever had a license or permit to carry a concealed weapon revoked? |
| ☐ Yes ☐ No | 2.  Have you ever used another name or impersonated another person? |
| ☐ Yes ☐ No | 3.  Are you currently taking any prescription medication on a regular basis that may alter your moods or impair your judgment? |
| ☐ Yes ☐ No | 4.  Have you ever been under the care of a psychiatrist or psychologist? |
| ☐ Yes ☐ No | 5.  Have you ever been placed into a mental health facility voluntarily or involuntarily? |
| ☐ Yes ☐ No | 6.  DELETED 07/01/2014 |
| ☐ Yes ☐ No | 7.  Have you ever attempted suicide? |

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

| Check One | Please answer all questions below. |
|-----------|-------------------------------------|
| ☐ Yes ☐ No | **8.** How many alcoholic beverages do you consume in an average week? |
| ☐ Yes ☐ No | **9.** DELETED 07/01/2014 |
| ☐ Yes ☐ No | **10.** Have you ever driven a vehicle while under the influence of alcohol or drugs? If so, when was the last time? |
| ☐ Yes ☐ No | **11.** Have you ever smoked, grown, or given marijuana to anyone? If so, when was the last time? |
| ☐ Yes ☐ No | **12.** Have you ever used, possessed, or sold any controlled substance? If so, when was the last time? |
| ☐ Yes ☐ No | **13.** Did you ever serve in the military, and what type of discharge did you receive? |
| ☐ Yes ☐ No | **14.** Were you ever court martialed, or receive other forms of disciplinary action? |
| ☐ Yes ☐ No | **15.** Were you ever in military confinement? |

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

| Check One | Please answer all questions below. |
|---|---|
| ☐ Yes ☐ No | **16. Has your driver's license (from any state) ever been suspended or revoked?** |
| ☐ Yes ☐ No | **17. Have you ever been involved in a hit and run accident?** |
| ☐ Yes ☐ No | **18. Have you ever had a traffic warrant issued for failure to appear? Where and when?** |
| ☐ Yes ☐ No | **19. Have you ever been placed on probation?** |
| ☐ Yes ☐ No | **20. Have you ever been involved in a police chase in which you were evading the police?** |
| ☐ Yes ☐ No | **21. Have you ever been arrested, detained, or questioned by the police as an adult or juvenile?** |
| ☐ Yes ☐ No | **22. Are there other crimes you have committed, for which you have not been caught?** |
| ☐ Yes ☐ No | **23. DELETED 07/01/2014** |

OFFICE OF THE SHERIFF, RIVERSIDE COUNTY

| Check One | Please answer all questions below. |
|---|---|
| ☐ Yes ☐ No | **24. Have you ever petitioned a court to have any record sealed? Result?** |
| ☐ Yes ☐ No | **25. DELETED 07/01/2014** |
| ☐ Yes ☐ No | **26. Are you now, or have you ever been a member of, or associated with, a street gang, motorcycle gang, or similar organization?** |
| ☐ Yes ☐ No | **27. Have you ever been the victim of a violent crime? Explain.** |
| ☐ Yes ☐ No | **28. When was the last time you lost control of your temper?** |
| ☐ Yes ☐ No | **29. When was the last time you were involved in a physical fight?** |
| ☐ Yes ☐ No | **30. How many times, if any, have you had to physically defend yourself?** |
| ☐ Yes ☐ No | **31. Have you ever carried an unauthorized concealed weapon upon your person, or in your vehicle? If so, when was the last time?** |

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

| Check One | Please answer all questions below. |
|---|---|
| ☐ Yes ☐ No | **32. Is there anything in your background that you are trying to conceal?** |
| ☐ Yes ☐ No | **33. Is the residence address listed on your CCW application your primary residence? If not, please explain.** |

| |
|---|
| **I declare under penalty of perjury under the laws of the State of California that the answers I have provided are true and complete to the best of my ability.**<br>**I fully understand that this information will be treated as confidential to the extent allowed under California law including but not limited to the California Public Records Act (Government Code sections 6250 et seq.).** |
| *Signature*<br><br><br>DATE: |

To be completed by interviewer:

Print Rank/Name: _____

Signature: _____

Date: _____

**O F F I C E   O F   T H E   S H E R I F F ,   R I V E R S I D E   C O U N T Y**

## 12)  Applicant Acknowledgment of Restrictions

### Conditions, and Policy Regarding Carry Concealed Weapons (CCW) License

This policy shall apply to ALL persons issued any Concealed Weapons (CCW) License by the Riverside County Sheriff's Department.

I have been fully informed and do understand any and all conditions and restrictions placed upon me in relation to my CCW license. I understand that violating any of these conditions and restrictions may subject me to further investigation, possible suspension, or permanent revocation of my CCW license.

General Responsibilities: I am responsible for compliance with any regulations or conditions imposed by the Sheriff. In addition, I am responsible for the exercise of good judgment and sound decision-making in the care, transport, holstering, discussion, display and/or use of a licensed weapon.

In the event I am detained or arrested by any law enforcement agency, or asked to present my license to any peace officer. I shall notify the CCW Unit as soon as it is practical to do so, describing the details of the law enforcement contact. Additionally, I understand that I am to report any court actions, either civil or criminal, where I am directly involved.

Further; I understand and agree to report any changes in my employment status, residence address, telephone number or any other significant lifestyle change, which may affect my eligibility status, to the CCW Unit in the most expedient manner possible.

I understand I will be required to qualify upon renewal of my license.

No firearm smaller than a .380 caliber or larger than a .45 caliber shall be carried at any time. Semi-auto single action firearms may be approved depending on proficiency and safe handling of the weapon. Approval will be the sole discretion of the range master and CCW Unit Staff.

Retired Deputy Sheriff's, Reserve Deputy Sheriff's, Correctional Deputies, and Classified employees of the Riverside County Sheriff's Department, shall, at all times be governed by the General Orders of this department.

Absolutely no modifications shall be made to any weapon, without the approval, and subsequent inspection, of the range master staff located at the Ben Clark Training Center. Scopes of any type are not permitted.

When utilizing laser sights or a lighting system, it is the responsibility of the licensee to ensure the system is operable, correctly attached to the firearm, and properly adjusted for accuracy.

NOTICE:

- ◆ APPROVED CCW HOLDERS MAY ONLY CARRY A CONCEALED FIREARM WITH A VALID PERMIT.

- ◆ ONCE YOUR CCW LICENSE EXPIRES. YOU CANNOT CARRY A CONCEALED FIREARM.

- ◆ IT IS THE APPLICANT'S RESPONSIBILITY TO OBTAIN A RENEWAL PRIOR TO THE EXPIRATION OF THE CCW LICENSE.

- ◆ NO BADGES OR OTHER UNAUTHORIZED CCW ACCESSORIES ARE PERMITTED.

| I ACKNOWLEDGE THAT I HAVE READ AND ACCEPT THE TERMS AND CONDITIONS OF THIS POLICY. | |
|---|---|
| RESTRICTIONS: | |
| *Signature* | DATE: |

**OFFICE OF THE SHERIFF, RIVERSIDE COUNTY**

## 13) Fill out the DOJ Standard Application for License to Carry a Concealed Weapon (CCW)



You must complete the California Department of Justice Bureau of Firearms *STANDARD INITIAL AND RENEWAL APPLICATION FOR LICENSE TO CARRY A CONCEALED WEAPON*

THIS PORTION OF THE CCW APPLICATION IS PUBLISHED BY THE CALIFORNIA DEPARTMENT OF JUSTICE AND WILL BE SUBMITTED TO THE DOJ APPROVAL.