George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511
Email: gml@sezalaw.com

Attorneys for Plaintiffs
ARIE VAN NIEUWENHUYZEN,
THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
SECOND AMENDMENT FOUNDATION, and
MADISON SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a public entity; and COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>    Defendants. | Case No. 5:18-cv-02225-DDP-SHK<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>**[FRCP 65(a)]**<br><br>Date:    November 26, 2018<br>Time:    10:00 a.m.<br>Courtrm. 9C<br>Judge:   Hon. Dean D. Pregerson |

TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **November 26, 2018**, at **10:00 a.m.**, or as soon thereafter as the matter may be heard in Courtroom 9C of the above-entitled United States District Court, located at the United States Courthouse, 350 West 1st Street, Los Angeles, CA. 90012, Hon. Dean D. Pregerson presiding, plaintiffs ARIE VAN NIEUWENHUYZEN, THE CALGUNS FOUNDATION, FIREARMS POLICY COALITION, FIREARMS POLICY FOUNDATION, SECOND AMENDMENT FOUNDATION and MADISON SOCIETY FOUNDATION ("plaintiffs") will and hereby do move this Court for an order issuing a preliminary injunction pursuant to FRCP 65(a), enjoining defendants STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside, the RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, and the COUNTY OF RIVERSIDE ("defendants") from enforcing, and continuing to enforce, implement or abide by their policy which prohibits non-U.S. citizens who are otherwise qualified, lawful permanent residents, not prohibited from owning firearms, from applying or obtaining a permit to carry a concealed weapon ("CCW") under state law. The grounds for this motion are that the defendants' CCW policies violate the Equal Protection Clause of the Fourteenth Amendment, and the Second Amendment to the United States Constitution, and otherwise conflict with and are preempted by applicable state law, and that plaintiff has and will continue to suffer irreparable injury in the absence of preliminary injunctive relief from such policies.

In support of this motion, plaintiffs and moving parties will rely upon this motion and memorandum of points and authorities attached hereto, the supporting declarations and exhibits thereto, the complete records on file of the above-entitled action, and other matters of which the Court may take judicial notice, and any other such evidence and argument as the Court may consider upon hearing of the matter.

Dated: October 24, 2018        **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

/s/ George M. Lee
George M. Lee

Attorney for Plaintiffs