George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511
Email: gml@sezalaw.com

Attorneys for Plaintiffs
ARIE VAN NIEUWENHUYZEN,
THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
SECOND AMENDMENT FOUNDATION, and
MADISON SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>  Plaintiffs,<br><br>  vs.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, a public entity; and COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>  Defendants. | Case No. 5:18-cv-02225-DDP-SHK<br><br>**DECLARATION OF PLAINTIFF ARIE VAN NIEUWENHUYZEN IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>**[FRCP 65(a)]**<br><br>Date:    November 26, 2018<br>Time:    10:00 a.m.<br>Courtrm. 9C<br>Judge:   Hon. Dean D. Pregerson |

DECLARATION OF ARIE VAN NIEUWENHUYZEN

I, Arie Van Nieuwenhuyzen, declare as follows:

1.    I am an adult resident of Riverside, California, and am the named individual plaintiff in this action. I am also a member of plaintiffs Calguns Foundation, Firearms Policy Coalition, Firearms Policy Foundation and the Second Amendment Foundation. I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto.

2.    This declaration is executed in support of plaintiffs' motion for issuance of a preliminary injunction in this matter. Specifically, preliminary injunctive relief is requested to prevent the Riverside County Sheriff's Department from continuing to enforce, implement or abide by its policy that prohibits non-U.S. citizens who are otherwise qualified, lawful permanent residents, not prohibited from owning firearms, from applying or obtaining a permit to carry a concealed weapon ("CCW").

3.    I was born in the Netherlands in 1960, and emigrated to the United States in 1983. I am currently a Lawful Permanent Resident (LPR) of the United States, having been issued my I-551 Identification (aka "green card") by the U.S. Citizenship and Immigration Service since 1993. I maintain Dutch citizenship.

4.    I moved to the United States in 1983, and I have lived continuously in Riverside, California since 1990. Here, I married an American woman and raised an American family. I have been a business owner and employer since 1987, owning a window washing business called "Clearest View Window Cleaners" for over 31 years. During this time, I have developed substantial ties to our community, being actively involved in our church's youth program, and I have taught Sunday school there since 1995.

5.    I have also been a law-abiding member of the public. I am not prohibited from owning firearms.

6.    On or about September 21, 2018, desiring to defend myself and my

family, I exercised my lawful rights guaranteed by the United State Constitution, and legally purchased a handgun, specifically: a Smith & Wesson M&P Shield, chambered in 9mm, for self-defense and recreational target shooting. Following the 10-day waiting period required by California law, I took physical possession of the handgun on October 1, 2018.

7. The Riverside County Sheriff's CCW Policy, found on its website ("CCW Policy") states that any "full time resident within the County of Riverside" may apply (CCW Policy, p. 7), but further requires all applicants to provide a "[c]opy of your birth certificate and/or naturalization papers." To substantially comply with this policy, I am able to present a copy of my Dutch birth certificate (to provide identity), and a copy of my I-551 Identification to satisfy the "naturalization papers" requirement of the Sheriff's CCW Policy and to demonstrate my status as a Lawful Permanent Resident of the United States.

8. On October 9, 2018, I inquired of the Riverside Sheriff's Department regarding an application to carry a concealed weapon, and the procedures that are described on the Riverside County Sheriff's Department's website. On October 9, 2018, I was advised by a Deputy Sheriff via email that I could not apply for a CCW, due to the Sheriff Department policy regarding non-U.S. citizens. Specifically, I was advised: "you must be a U.S. Citizen, either born in the U.S. or naturalized, in order to apply for a CCW permit, with the Riverside County Sheriff's Department." I was thus dissuaded and discouraged from submitting the application in the first place.

9. I desire equal protection of the laws, and to avail myself of the CCW application process and ultimately, to obtain status as a legal CCW permit holder, without regard to my status as a LPR of the United States.

10. I further desire the ability to carry a firearm for purposes of lawful self-defense. The Sheriff's CCW Policy prevents me from obtaining a CCW permit, and thus, carrying a handgun in a concealed manner for self-defense.

11.  I am otherwise qualified and able to comply with the state CCW requirements. I am willing and able to undergo the course of training required by Pen. Code § 26165, and to pay any fees required by § 26190.

12.  Unless and until the defendants are so restrained and enjoined, I will be deprived, and continue to be deprived, of my ability to submit my CCW application, and exercise such rights afforded by a CCW permit, in violation of the Equal Protection Clause, and the rights guaranteed under the Fourteenth and Second Amendments to the United States Constitution.

13.  For these reasons, I am requesting that the court enjoin the Riverside Sheriff's Department from continuing to enforce its policy preventing LPRs as myself from applying for and obtaining CCW permits that would otherwise be available to U.S. Citizens.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10-24-18

ARIE VAN NIEUWENHUYZEN