George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
ARIE VAN NIEUWENHUYZEN,
THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
SECOND AMENDMENT FOUNDATION, and
MADISON SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; COUNTY OF RIVERSIDE,<br><br>    Defendants. | Case No. 5:18-cv-02225-DDP-SHK<br><br>**DECLARATION OF BRANDON COMBS IN SUPPORT OF PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>**[FRCP 65(a)]**<br><br>Date:     November 26, 2018<br>Time:    10:00 a.m.<br>Courtrm. 9C<br>Judge:   Hon. Dean D. Pregerson |

//
//

1

# DECLARATION OF BRANDON COMBS

I, Brandon Combs, declare as follows:

1. I am the executive director of The Calguns Foundation, the president of Firearms Policy Coalition, and chairman of Firearms Policy Foundation, each of which is a named institutional plaintiff in this action. I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto.

2. This declaration is executed in support of plaintiffs' motion for issuance of a preliminary injunction in this matter. Specifically, preliminary injunctive relief is requested to prevent the Riverside County Sheriff's Department from continuing to enforce, implement, or abide by its policies and practices that prohibit non-U.S. citizens who are otherwise qualified, lawful permanent residents, not prohibited from owning firearms, from applying or obtaining a license to carry a concealed weapon ("CCW").

3. Plaintiff The Calguns Foundation ("CGF") is a 501(c)3 non-profit organization, the central mission of which is to serve its members, supporters, and the public through educational, cultural, and judicial efforts to advance Second Amendment and related civil rights.

4. Plaintiff Firearms Policy Coalition ("FPC") is a 501(c)4 nonprofit organization, the central mission of which is to defend the Constitution of the United States and the People's rights, privileges and immunities deeply rooted in this Nation's history and tradition, especially the inalienable, fundamental, and individual right to keep and bear arms.

5. Plaintiff Firearms Policy Foundation ("FPF") is a 501(c)3 nonprofit organization, the central mission of which is to defend the Constitution of the United States and the People's rights, privileges and immunities deeply rooted in this Nation's history and tradition, especially the inalienable, fundamental, and individual right to keep and bear arms.

6.    CGF, FPC, and FPF have individual members and supporters residing in Riverside County, California, who are or would be adversely affected by the defendants' CCW Policy, including individual plaintiff Arie van Nieuwenhuyzen. But for the unlawful policies and practices challenged in their complaint, CGF, FPC, and FPF members and supporters who reside within the County of Riverside would apply for a CCW license and, if granted by the sheriff, would carry firearms in public for lawful purposes including their own self-defense, but they refrain from carrying firearms outside their homes for fear of arrest, prosecution, fine, and incarceration.

7.    Unless and until the defendants are so restrained and enjoined, our organizations' members and supporters residing in Riverside County will be deprived, and continue to be deprived, of their ability to submit CCW applications and exercise such rights afforded by a CCW license, in violation of the Equal Protection Clause, and the rights guaranteed under the Fourteenth and Second Amendments to the United States Constitution.

8.    Plaintiffs are accordingly requesting that the court enjoin the Riverside Sheriff's Department from continuing to enforce its CCW Policy insofar as it prevents lawful permanent residents from applying for and obtaining CCW licenses that would otherwise be available to similarly situated U.S. Citizens.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 24, 2018

BRANDON COMBS