George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
ARIE VAN NIEUWENHUYZEN,
THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
SECOND AMENDMENT FOUNDATION, and
MADISON SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside, et al.,<br><br>Defendants. | Case No. 5:18-cv-02225<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL OF LACK OF PROSECUTION [DKT. 18]; DECLARATION OF COUNSEL** |

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

I, George M. Lee, declare as follows:

1. I am an attorney at law, in good standing, duly licensed to practice law in this State and appear before its courts. I am admitted to practice before the Central District of California. I am counsel of record to plaintiffs Arie Van Nieuwenhuyzen, et al., in this action. I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto.

2.  This declaration is executed in response to the Court's Order to Show Cause, issued as a minute order in chambers on November 19, 2018 [Dkt. #18].

3.  This action was filed on October 19, 2018, under 42 U.S.C. § 1983 seeking declaratory and injunctive relief, against Stanley Sniff, who is currently the sitting Sheriff of Riverside County, the Riverside County Sheriff's Department, and the County of Riverside, to remedy their policy of preventing lawful permanent residents from applying for permits to carry concealed weapons (CCWs), otherwise available to U.S. Citizens and residents of Riverside County under state law.

4.  At or near the outset of this action, plaintiffs also filed a motion for preliminary injunction to enjoin defendants from continuing to enforce or abide by their CCW policy which deprives plaintiff Van Nieuwenhuyzen of rights protected by the Equal Protection Clause, and the Second Amendment to the United States Constitution. Hearing on plaintiffs' motion for preliminary injunction was originally scheduled for hearing on November 26, 2018.

5.  Defendants Riverside County Sheriff's Department, and the County of Riverside were served with the summons, complaint, and the preliminary injunction motion papers on October 25, 2018. [Dkt. #15, #16]. Defendant Sniff was served with the papers on October 26, 2018. [Dkt. #14]. However, plaintiffs' counsel undersigned was unable to get a signed proof of service returned from the process server until November 15, 2018. By that time, the Court had already taken the motion for preliminary injunction off-calendar.

6.  On November 15, 2018, the day before defendant Sniff's response was due, I was contacted by James E. "Jeb" Brown, Assistant County Counsel for the County of Riverside, who introduced himself and requested an extension of time for all defendants to respond to the complaint. Naturally, I agreed to an extension.

7.     On November 16, 2018, I spoke with Mr. Brown via telephone to discuss the length of time requested.  At that time, Mr. Brown indicated that he was requesting thirty (30) days to respond to the complaint, in light of the result from the recent the election, in which Sheriff-Elect Chad Bianco will be replacing defendant Sniff as Riverside County Sheriff.  Counsel anticipated that it may be difficult to coordinate time to discuss the matter with Sheriff-Elect Bianco.  In light of these circumstances, I agreed to the thirty-day extension of time.  Since December 16, 2018 falls on a Sunday, we agreed that defendants' responsive pleadings would be filed on or before December 17, 2018.

8.     On November 20, 2018, the parties entered into a stipulation and submitted a proposed order, extending defendants' time to respond to the complaint through December 17, 2018.  [Dkt. #17.]  On November 26, 2018, this Court approved of the parties' stipulation, and ordered an extension of time for defendants to respond.  [Dkt. #19.]

9.     Therefore, the parties have now agreed upon a time for defendants to respond to the complaint, which the Court has approved and ordered, and plaintiffs hereby request that the Order to Show Cause be vacated or dismissed.

10.    In addition, plaintiffs are re-filing and serving today their motion for preliminary injunction, which shall now be heard on Monday, January 7, 2019.  This gives defendants the opportunity to oppose the motion, if they elect to oppose it, and file any such opposition at the same time that their responsive pleadings are due, i.e., on or before December 17, 2018.

11.    Therefore, and for the foregoing reasons, and in light of the stipulation and order extending defendants' time to file a responsive pleading to plaintiffs' complaint, plaintiffs respectfully request that the Court vacate or dismiss its Order to Show Cause issued on November 19, 2018.

//

//

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2018          /s/ George M. Lee
                                  GEORGE M. LEE

                                  SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
                                  Attorney for Plaintiffs