JAMES E. BROWN, Assistant County Counsel (SBN 162579)
KELLY A. MORAN, Deputy County Counsel (SBN 267147)
3960 Orange Street, Suite 500
Riverside, CA 92501-3674
Telephone: (951) 955-6300
Facsimile: (951) 955-6363
Email: jebbrown@rivco.org
       kmoran@rivco.org

Attorneys for Defendants, STANLEY SNIFF (in his official capacity as Sheriff of County of Riverside); RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; a public entity; and COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>Defendants. | Case No. 5:18-cv-02225 DDP-SHK<br><br>Judge: Dean P. Pregerson<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; STAY OF PROCEEDINGS AND CONTINUANCE OF MOTION**<br><br><br><br>Complaint Filed: 10/19/18 |

TO THE HONORABLE COURT:

Plaintiffs ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION (collectively, "Plaintiffs") and Defendants, STANLEY SNIFF (in his official capacity as Sheriff of County of Riverside); RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF RIVERSIDE (collectively, "Defendants") and hereby stipulate to the following:

1. This case involves the policies of the Riverside Sheriff's Department.
2. The Parties have been discussing resolution of the case, and have exchanged settlement proposals.
3. When the case was filed on October 19, 2018, Stan Sniff was and is the Sheriff of Riverside County.  However, on November 6, 2018, after the case had been filed, Chad Bianco was elected Sheriff.  Pursuant to State Law, Sheriff-Elect Bianco will assume office on January 8, 2019.
4. Given the change in leadership of the Riverside Sheriff's Department, the Parties agree it would be suitable to continue all proceedings in this matter until Sheriff-Elect Bianco assumes his office and can fully participate in the resolution of this matter.
5. Therefore, the Parties stipulate to stay all dates and proceedings in this case until January 31, 2019.  The parties anticipate resolving the case before January 31, 2019.  Provisionally, the Parties stipulate to continuing the hearing on plaintiffs' motion for preliminary injunction to Monday, February 11, 2019, at 10:00 a.m., and request the Court to order continuation to such date, or to a date thereafter as it may please the Court.

Dated: December 17, 2018        SEILER, EPSTEIN, ZIEGLER & APPLEGATE LLP

By   /s/ George M. Lee
    GEORGE M. LEE
    Attorneys for Plaintiffs

OFFICE OF COUNTY COUNSEL

Dated: December 17, 2018        By:   /s/ James E. Brown
    JAMES E. BROWN[1]
    Assistant County Counsel

Attorneys for Defendants, STANLEY SNIFF, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF RIVERSIDE

---

[1] As the filer of this Stipulation, I attest that all parties concur in the content of the Stipulation and have authorized its filing.