# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; a public entity; and COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>Defendants. | Case No. 5:18-cv-02225 DDP-SHK<br><br>Judge: Dean P. Pregerson<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**ORDER RE**<br><br>**1) Stay of Proceedings;**<br>**2) Response to Initial Complaint; and**<br>**3) Continuance of Plaintiff's Motion for Issuance of Preliminary Injunction**<br><br><br>Complaint Filed: 10/19/18 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. Defendants STANLEY SNIFF (in his official capacity as Sheriff of County of Riverside); RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF RIVERSIDE shall respond to the initial complaint by January 31, 2019.

2. Pursuant to Stipulation between the parties, all dates and proceedings in this case have been stayed until January 31, 2019.

3. Plaintiffs' Motion for Issuance of Preliminary Injunction noticed for January 7, 2019, has been continued to February 11, 2019, at 10:00 a.m.

Dated: December 26, 2018                    _____
                                                 Hon. Dean P. Pregerson