UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; a public entity; and COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>Defendants. | Case No.  5:18-cv-02225 DDP-SHK<br><br>Judge: Dean P. Pregerson<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**ORDER RE**<br>  **1) Stay of Proceedings;**<br>  **2) Response to Initial Complaint; and**<br>  **3) Continuance of Plaintiff's Motion for Issuance of Preliminary Injunction**<br><br>Complaint Filed: 10/19/18 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. Defendants STANLEY SNIFF (in his official capacity as Sheriff of County of Riverside); RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF RIVERSIDE shall respond to the initial complaint by March 1, 2019.

2. Pursuant to Stipulation between the parties, all dates and proceedings in this case have been stayed until March 1, 2019.

3. Plaintiffs' Motion for Issuance of Preliminary Injunction noticed for February 11, 2019, has been continued to March 25, 2019, at 10:00 a.m.

Dated: __February 7__, 2019

_____
Hon. Dean P. Pregerson