JAMES E. BROWN, Assistant County Counsel (SBN 162579)
KELLY A. MORAN, Deputy County Counsel (SBN 267147)
3960 Orange Street, Suite 500
Riverside, CA 92501-3674
Telephone: (951) 955-6300
Facsimile: (951) 955-6363
Email: jebbrown@rivco.org
       kmoran@rivco.org

Attorneys for Defendants, STANLEY SNIFF (in his official capacity as Sheriff of County of Riverside); RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; COUNTY OF RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; a public entity; and COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>Defendants. | Case No. 5:18-cv-02225 DDP-SHK<br><br>Judge: Dean P. Pregerson<br>Magistrate Judge: Shashi H. Kewalramani<br><br>**DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>Date: March 25, 2019<br>Time: 10:00 a.m.<br>Courtroom: 9C<br><br><br>Complaint Filed: 10/19/18 |

TO THE COURT, PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

Defendants STANLEY SNIFF, RIVERSIDE COUNTY SHERIFF'S DEPARTMENT and the COUNTY OF RIVERSIDE do not oppose Plaintiffs' Motion for Issuance of Preliminary Injunction and do not oppose the relief sought therein.

Dated: March 15, 2019         By: /s/ Kelly A. Moran
                                  KELLY A. MORAN,
                                  Deputy County Counsel
                                  Attorneys for Defendants, STANLEY
                                  SNIFF, RIVERSIDE COUNTY
                                  SHERIFF'S DEPARTMENT; COUNTY
                                  OF RIVERSIDE

DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION

# PROOF OF SERVICE

## United States District Court Case No. 5:18-CV-02225-DDP-SHK

I, the undersigned, say that I am a citizen of the United States and am employed in the county of Riverside, over the age of 18 years and not a party to the within action or proceeding; that my business address is: 3960 Orange Street, Suite 500, Riverside, CA 92501-3611.

On March 15, 2019, a true and correct copy of the foregoing document entitled:

**DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION**

was served on all parties pursuant to FRCivP 5(b) as follows:

| |
|---|
| George M Lee<br>Seiler Epstein Ziegler and Applegate LLP<br>601 Montgomery Street Suite 2000<br>San Francisco, CA 94111<br>T: 415-979-0500<br>F: 415-979-0511<br>Email: gml@sezalaw.com |

☒ TO BE SERVED BY THE COURT VIA THE NOTICE OF ELECTRONIC FILING (NEF). Pursuant to L.R. 5-3.2.3, the foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the addresses stated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2019, at Riverside, California.

_____
Michelle Quiroz

DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION