George M. Lee (SBN 172982)
**SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
ARIE VAN NIEUWENHUYZEN,
THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
SECOND AMENDMENT FOUNDATION, and
MADISON SOCIETY FOUNDATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside, et al., <br><br> Defendants. | Case No. 5:18-cv-02225 <br><br> **NOTICE OF SETTLEMENT OF CASE** |

TO THE COURT, AND TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this matter has settled pursuant to a settlement agreement reached between all parties.  The parties have specifically agreed to the form of a written Settlement Agreement that was circulated on March 11, 2019 and which was signed by all plaintiffs.  Counsel for defendants has confirmed in writing that all defendants are agreeable to the Settlement Agreement,

and that the parties are now simply awaiting the receipt of defense signatures on the same. The Settlement Agreement provides for, *inter alia*, a stipulation to the entry of permanent injunctive relief against defendants, which stipulation will be filed as soon as the Settlement Agreement has been fully executed and received. Plaintiffs will thereafter request entry of judgment based upon the stipulation.

Accordingly, the parties respectfully request that all scheduled hearings be taken off calendar. The next scheduled hearing is for plaintiffs' motion for preliminary injunction (Doc. #21) presently scheduled for April 1, 2019 at 10:00 a.m. before this Court.

Plaintiffs respectfully request that this action be placed on the Court's calendar for review in approximately 30 days, or as soon thereafter as it may please the Court.

Dated: March 29, 2019          **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

                               /s/ George M. Lee
                               George M. Lee

                               Attorney for Plaintiffs