George M. Lee (SBN 172982)
    gml@seilerepstein.com
**SEILER EPSTEIN LLP**
275 Battery Street, Suite 1600
San Francisco, CA 94111
Phone: (415) 979-0500
Fax:   (415) 979-0511

Attorneys for Plaintiffs
ARIE VAN NIEUWENHUYZEN,
THE CALGUNS FOUNDATION,
FIREARMS POLICY COALITION,
FIREARMS POLICY FOUNDATION,
SECOND AMENDMENT FOUNDATION, and
MADISON SOCIETY FOUNDATION

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| ARIE VAN NIEUWENHUYZEN, an individual; THE CALGUNS FOUNDATION; FIREARMS POLICY COALITION; FIREARMS POLICY FOUNDATION; SECOND AMENDMENT FOUNDATION; and MADISON SOCIETY FOUNDATION,<br><br>Plaintiffs,<br><br>vs.<br><br>STANLEY SNIFF, in his capacity as Sheriff of the County of Riverside; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, COUNTY OF RIVERSIDE, CALIFORNIA,<br><br>Defendants. | Case No. 5:18-cv-02225-DDP-SHK<br><br>**JUDGMENT FOR PERMANENT INJUNCTION** |

//

1

Based upon the Stipulation to Permanent Injunction by the parties to this action, plaintiffs Arie Van Nieuwenhuyzen, The Calguns Foundation, Firearms Policy Coalition, Firearms Policy Foundation, Second Amendment Foundation and Madison Society Foundation ("plaintiffs") and defendants Chad Bianco (sued herein in the name of his predecessor, Stanley Sniff, in his official capacity as the Sheriff of the County of Riverside), the Riverside County Sheriff's Department, and the County of Riverside, California ("defendants") filed on April 17, 2019, the parties' joint stipulation and request for entry of judgment thereon is hereby granted.

Accordingly, it is HEREBY ORDERED, ADJUDGED AND DECREED that this Judgment for a Permanent Injunction shall be entered as to and against the defendants in this action, who are now and hereby enjoined from enforcing, and continuing to enforce, implement or abide by any policy regarding the issuance of permits to carry concealed weapons (CCWs) to the extent that such policy prohibits non-U.S. citizens who are otherwise qualified, lawful permanent residents of the County of Riverside, and who are not otherwise prohibited from owning firearms, from applying or obtaining a permit to carry a concealed weapon under state law, Cal. Pen. Code § 26150, et seq.  Defendants have waived any requirement of a bond for the injunctive relief granted herein.  Defendants shall have thirty (30) days to finalize all changes to their CCW policy, and eliminate any and all U.S. Citizenship requirements from the Riverside County Sheriff Department's website describing the CCW process, and from its CCW application forms.

The Court shall retain jurisdiction of this matter to enforce the terms of this Judgment, and all other aspects of the settlement between the parties, including the agreement to the payment of plaintiffs' attorneys' fees arising under 42 U.S.C. § 1988.

Subject to the injunctive relief granted, and the retention of jurisdiction, this matter is otherwise and hereby DISMISSED.

IT IS SO ORDERED.

Dated: May 22, 2019

                                               HON. DEAN D. PREGERSON
                                               UNITED STATES DISTRICT JUDGE